**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RONALD FENN, *pro se*,

      Petitioner/Plaintiff,

v.                        No. CV 21-1089 MIS/CG

CITY COMMISSION OF
TRUTH OR CONSEQUENCES,

      Respondent/Defendant.

**ORDER DELAYING DISCOVERY SCHEDULE**

    **THIS MATTER** is before the Court upon review of the record. Respondent removed this matter from state court on November 10, 2021, (Doc. 1), and then filed a *Motion to Dismiss* (the "Motion"), (Doc. 6), on November 17, 2021. The Motion seeks dismissal of Mr. Fenn's petition in its entirety, pursuant to FED. R. CIV. P. 12(b)(6). *Id.* at 1*; see also generally* (Doc. 7).

    The Court therefore finds good cause under FED. R. CIV. P. 16 to delay conducting a scheduling conference and entering a scheduling order pending a ruling on the Motion. Should the parties *agree* that they wish to proceed with discovery in this matter, despite the pending Motion, the parties may request such.

    **IT IS SO ORDERED**.

                        _____
                        THE HONORABLE CARMEN E. GARZA
                        CHIEF UNITED STATES MAGISTRATE JUDGE